**UNITED STATES DISTRICT COURT**  **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:06-CV-523 |
| § | |
| $104,745.00 CURRENCY AND/OR § | |
| COIN, more or less, with all § | |
| accumulated interest thereon, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 93-11. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' motions pursuant to settlement and enter the consent decree as final judgment.

The magistrate judge's report is hereby **ADOPTED**. It is further

**ORDERED** that the parties' motion to adopt their settlement agreement (Docket No. 19) and motion for entry of consent judgment (Docket No. 22) are **GRANTED**. Final judgment will be entered separately. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 2nd day of April, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE